IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
V.                                : CRIM. NO. 00-18 Erie
                                  :
EMIRE SALEN ROSENDARY             :
a/k/a "Morey"                     :

## ORDER

AND NOW, this 3rd day of February, 2006, it appearing to the Court that the above-captioned case has been terminated with no pending appeals, IT IS HEREBY ORDERED that the pleadings/case impounded in the Office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

The pleadings/case is to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded pleadings/case shall file a request with the Clerk with notification to all parties. This file/pleading is to remain sealed for the next 20 years.

Document: 31

                                                                  s/Sean J. McLaughlin
                                          US District Judge Sean J. McLaughlin